UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-CR-00035-D-9

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRES GARZA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Sentencing Memorandum, which is docket entry number 692. The Court is of the opinion that this document should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document is to be sealed and be filed under seal.

This the _12_ day of January 2021.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE